UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEODORO TORIBIO, individually on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>-against-<br><br>Victoria's Secret & Co. and Victoria's Secret Brand Management, LLC,<br><br>         Defendants. | Case No. 1:21-cv-06577 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Teodoro Toribio, individually and on behalf of himself ("Plaintiff") and Defendants Victoria's Secret & Co. and Victoria's Secret Brand Management, LLC (together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against Victoria's Secret & Co. and Victoria's Secret Brand Management, LLC are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

  **SO STIPULATED.**

Date: May 2, 2022

| | |
|---|---|
| **THE SULTZER LAW GROUP P.C.**<br>Jason P. Sultzer<br>sultzerj@thesultzerlawgroup.com<br>85 Civic Center Plaza, Suite 200<br>Poughkeepsie, New York 12601<br>Tel: (845) 483-7100<br>Fax: (888) 749-7747 | **GOLDBERG SEGALLA LLP**<br>David S. Osterman, Esq.<br>James Macri, Esq.<br>902 Carnegie Center, Suite 100<br>Princeton, NJ 08540<br><br>And<br><br>665 Main Street<br>Buffalo, NY 14203 |

1

| | |
|---|---|
| **LEVIN, SEDRAN & BERMAN**<br>Charles E. Schaffer, Esq.<br>David Magagna, Esq.<br>cschaffer@lfsblaw.com<br>dmagagna@lfsblaw.com<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Tel.: (215) 592-1500 | Tel.: (609) 986-1300<br>Tel.: (716) 566-5400<br><br>*Attorneys for Defendants* |

*Counsel for Plaintiff*

 

SO ORDERED:
s/ MKB 5/2/2022

_____
MARGO K. BRODIE
United States District Judge